## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  0:19-CV-61272-RAR

TELISHA J. OLIGE,

      Plaintiff,

vs.

CITY OF PLANTATION, and
JORDAN WOODSIDE, individually and
in his capacity as a City of Plantation
Police Officer,

      Defendants.

_____/

### NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that LOURDES ESPINO WYDLER, ESQUIRE, of Marrero &

Wydler, 2600 Douglas Road, PH-4, Coral Gables, Florida 33134, files this Notice of Appearance

as counsel for Defendant, JORDAN WOODSIDE, and requests that copies of all future pleadings,

etc., filed in this case be directed to her.

      I HEREBY CERTIFY that on this 7th day of June, 2019, I electronically filed the foregoing
document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document
is being served this day on all counsel of record or pro se parties identified on the attached Service
List in the manner specified, either via transmission of Notices of Electronic Filing generated by
CM/ECF or in some other authorized manner for those counsel or parties who are not authorized
to receive electronically Notices of Electronic Filing.

               MARRERO & WYDLER
               *Attorneys for Defendant, Woodside*
               2600 Douglas Road, PH-4
               Coral Gables, FL 33134
               (305) 446-5528
               (305) 446-0995 (fax)

               BY __/s/  Lourdes Espino Wydler_____
                   LOURDES ESPINO WYDLER
                   F.B.N.:  719811

lew@marrerolegal.com
OSCAR E. MARRERO
F.B.N.: 372714
oem@marrerolegal.com
ALEXANDRA C. HAYES
F.B.: 109482
ach@marrerolegal.com

## SERVICE LIST

Yechezkel "Chezky" Rodal, Esq.
FBN: 91210
Rodal Law PA
5300 NW. 33rd Avenue, Suite 219
Ft. Lauderdale, FL 33309
(954) 367-5308
(954) 900-1208 (fax)
chezky@rodallaw.com
*Counsel for Plaintiff.*

E. Bruce Johnson, Esq.
FBN: 262137
johnson@jambg.com
Christopher J. Stearns, Esq.
FBN: 557870
stearns@jambg.com
JOHNSON ANSELMO MURDOCH
BURKE PIPER & HOCHMAN
2455 E. Sunrise Blvd., Suite 1000
Ft. Lauderdale, FL 33304
(954) 463-0100
(954) 463-2444 fax
young@jambg.com
blouin@jambg.com
*Counsel for Defendant, City of Plantation.*